# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133657

DAIMLERCHRYSLER CORPORATION,
      Plaintiff-Appellant,

v

WORKER'S COMPENSATION APPELLATE
COMMISSION,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133657
COA: 272032

      On order of the Court, the application for leave to appeal the March 2, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

t0723